IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )          Case No.   CR417-208-11
                               )
CARLOS ELDER,                  )
              Defendant.       )

Elizabeth F. Pavlis, counsel of record for defendant Carlos Elder in the above-styled case has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and  trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this _30th_ day of August 2017.

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
                    M
_____ 20_
    8/30
_____
Deputy Clerk

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
Southern District of GA
Filed in Office

_____ M

____ 20 _____

Deputy Clerk