# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR417-208 |
| CARLOS EDJUAN ELDER, | ) |
| Defendant. | ) |

## ORDER

On October 29, 2018 the Court held a hearing on Defendant Elder's motion to "dismiss" his appointed attorney. Doc. 463. Elder and his counsel reported that defendant's complaints had been resolved. His motion is, therefore, **DISMISSED as moot**.

**SO ORDERED**, this 5th day of November, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA